# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS,<br>　　　　　Petitioner,<br>　　　v.<br>DOMINGO URIBE, JR., Acting Warden,<br>　　　　　Respondent. | NO. CV 08-08026 JFW (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1      **IT IS ORDERED** that the First Amended Petition is denied and
2 Judgment shall be entered dismissing this action with prejudice.

3

4      **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioner and counsel for Respondent.

6

7      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9 DATED:   March 10, 2010

10                              _____
                                JOHN F. WALTER
11                              UNITED STATES DISTRICT JUDGE