JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, | NO. CV 08-08026 JFW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, JR., Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 10, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE